UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| GARY LYNN YEATS, | ) | |
| Petitioner, | ) | 2:09-cv-00798- KJD-RJJ |
| vs. | ) | |
| | ) | **ORDER** |
| BRIAN WILLIAMS, *et al.,* | ) | |
| Respondents. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se.* Petitioner has filed a motion for leave to proceed *in forma pauperis* on appeal. (ECF No. 42.)

Petitioner's motion for leave to proceed *in forma pauperis* is not in conformity with Fed. R. App. Pro. 24 which, among other things, requires submission of detailed information related to petitioner's financial means. *See* Fed. R. App. Pro. 24; and Form 4 in the Appendix of Forms. Therefore, the motion shall be denied without prejudice on that basis.

**IT IS THEREFORE ORDERED** that petitioner's motion for leave to proceed *in forma pauperis* on appeal (ECF No. 42) is **DENIED without prejudice.** The **Clerk shall** send Form 4 (Affidavit Accompanying Motion for Permission to Appeal *In Forma Pauperis)* to petitioner.

1  Petitioner shall have **thirty (30) days** from the date of entry of this order within which to file a new
2  motion for leave to proceed *in forma pauperis* on appeal.
3      DATED: May 25, 2011

_____
UNITED STATES DISTRICT JUDGE